## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

OLGA BLACKLEDGE,

               Respondent

               v.

CHARLES BLACKLEDGE,

               Petitioner

:  No. 53 WM 2022
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of January, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.